1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                               **DISTRICT OF NEVADA**

10

11   HOLLYVALE RENTAL HOLDINGS, LLC,        )
                                             )        Case No. 2:17-cv-01833-RFB-NJK
                        Plaintiff(s),        )
12                                           )        ORDER
     vs.                                     )
13                                           )        (Docket No. 7)
     RUBY F. PINEDA, et al.,                 )
14                                           )
                        Defendant(s).        )
15   _____)

16          Pending before the Court is a stipulation to extend.  Docket No. 7.  A significant portion of the

17   stipulation appears to relate to a different case.  *See id.* at 2:13-20.  The stipulation is **DENIED** without

18   prejudice.  Counsel shall carefully review any renewed stipulation prior to filing it to ensure it is

19   accurate.

20          IT IS SO ORDERED.

21          DATED: July 13, 2017

22          _____
                     NANCY J. KOPPE
23                   United States Magistrate Judge

24

25

26

27

28