1  WRIGHT, FINLAY & ZAK, LLP
   Dana Jonathon Nitz, Esq.
2  Nevada Bar No. 50
   Patrick J. Davis, Esq.
3  Nevada Bar No. 13330
   7785 W. Sahara Avenue, Suite 200
4  Las Vegas, NV 89117
5  (702) 475-7967; Fax: (702) 946-1345
   pdavis@wrightlegal.net
6  *Attorneys for Defendant, HSBC Bank USA N.A., as Trustee on Behalf of ACE Securities Corp.*
7  *Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust Series 2006-HE2, Asset Backed Pass Through Certificates*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOLLYVALE RENTAL HOLDINGS, LLC, a Nevada limited liability company, | Case No.: 2:17-cv-01833-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT** |
| RUBY F. PINEDA; an individual; LILIBETH F. LACUESTA, an individual; HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST SERIES 2006-HE2, ASSET BACKED PASS THROUGH CERTIFICATES; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE Corporations I through V, | **(First Request)** |

1    Defendant, HSBC Bank USA N.A., as Trustee on Behalf of ACE Securities Corp. Home
2 Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan
3 Trust Series 2006-HE2, Asset Back Pass Through Certificates ("HSBC"), by and through its
4 attorney of record Patrick J. Davis, Esq. of the law firm of Wright, Finlay & Zak, LLP and
5 Plaintiff Hollyvale Rental Holdings, LLC ("Hollyvale"), by and through its attorney of record
6 Bradley G. Sims, Esq. of the law firm Hutchison & Steffen, PLLC, hereby stipulate and agree as
7 follows with regard to HSBC's obligation to Answer or otherwise plead in response to
8 Hollyvale's Complaint by July 12, 2017.
9    Counsel for HSBC needs additional time to adequately respond to the arguments raised in
10 Hollyvale's Complaint. Due to the fluid nature of case law and inconsistent results regarding
11 quiet title actions based on HOA lien foreclosure sales regarding the same contested issues in
12 this case, counsel needs additional time to draft an adequate response.
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  The deadline to Answer or otherwise Plead in response to Plaintiff's Complaint is hereby
2  extended until July 26, 2017. This is the first request for such an extension, and it is made and in
3  good faith and not for purposes of delay.

4  IT IS SO STIPULATED AND AGREED.

5  Dated this 12th day of July, 2017.    Dated this 12th day of July, 2017.

6  WRIGHT, FINLAY & ZAK, LLP    HUTCHISON & STEFFEN, PLLC

7
8  /s/    Patrick J. Davis, Esq.    /s/  Bradley G. Sims, Esq.
   Dana Jonathon Nitz, Esq.    Bradley G. Sims, Esq.
9  Nevada Bar No. 50    Nevada Bar No. 11713
   Patrick J. Davis, Esq.    10080 West Alta Drive, Ste. 200
10  Nevada Bar No. 13330    Las Vegas, NV 89145
   7785 W. Sahara Ave., Suite 200    bsims@hutchlegal.com
11  Las Vegas, NV 89117    *Attorney for Hollyvale Rental Holdings, LLC*
12  (702) 475-7964; Fax: (702) 946-1345
   pdavis@wrightlegal.net
13  *Attorneys for Defendant, HSBC Bank USA*
14  *N.A., as Trustee on Behalf of ACE Securities*
   *Corp. Home Equity Loan Trust and for the*
15  *Registered Holders of ACE Securities Corp.*
   *Home Equity Loan Trust Series 2006-HE2,*
16  *Asset Backed Pass Through Certificates*

17  **ORDER**

18  **IT IS SO ORDERED**.

19
20  Dated: July 17, 2017    _____
21      UNITED STATES MAGISTRATE JUDGE