WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Patrick J. Davis, Esq.
Nevada Bar No. 13330
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
pdavis@wrightlegal.net
*Attorneys for Defendant, HSBC Bank USA N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust Series 2006-HE2, Asset Backed Pass Through Certificates*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOLLYVALE RENTAL HOLDINGS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RUBY F. PINEDA; an individual; LILIBETH F. LACUESTA, an individual; HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST SERIES 2006-HE2, ASSET BACKED PASS THROUGH CERTIFICATES; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE Corporations I through V, | Case No.: 2:17-cv-01833-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO TRP FUND V, LLC's MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |
| HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE | |

| | |
|---|---|
| SECURITIES CORP. HOME EQUITY LOAN TRUST SERIES 2006-HE2, ASSET BACKED PASS THROUGH CERTIFICATES<br><br>Counterclaimant<br><br>vs.<br><br>HOLLYVALE RENTAL HOLDINGS, LLC, a foreign limited liability company; CHAMPERY RENTAL REO, LLC, a foreign limited liability company; TIERRA LINDA LANDSCAPE MAINTENANCE ASSOCIATION, INC., a Nevada corporation; RED ROCK FINANCIAL SERVICES, LLC; a Nevada limited liability company<br><br>Counter-defendants, | |

Counterclaimant, HSBC Bank USA N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust Series 2006-HE2, Asset Backed Pass Through Certificates ("HSBC") by and through its attorney of record Patrick J. Davis, Esq. of the law firm of Wright, Finlay & Zak, LLP and Counter-defendant Red Rock Financial Services, LLC ("Red Rock") by and through its attorney of record Steven B. Scow, Esq. of the law firm of Koch & Scow LLC hereby stipulate and agree as follows with regard to Red Rocks's Motion to Dismiss HSBC's Counterclaim ("Motion") (ECF No. 27) filed with this Court on August 22, 2017:

Counsel for HSBC needs additional time to adequately respond to the arguments raised in Red Rock's Motion. Due to the fluid nature of case law and inconsistent results of dispositive motions in both state and federal court regarding the same contested issues in this case, counsel needs additional time to draft an adequate response. In exchange for this extension, HSBC agrees that the customary time to file a Reply in Support of Red Rock's Motion shall be tolled until such time as HSBC files its Opposition thereto.

The previous deadline to file an Opposition to Red Rock's Motion was September 5, 2017. The deadline to file an Opposition to Red Rock's Motion to Dismiss HSBC's

Counterclaim is hereby extended until September 12, 2017. This is the first request for such an extension, and it is made and in good faith and not for purposes of delay.

      IT IS SO STIPULATED AND AGREED.

Dated this 5th day of September, 2017.      Dated this  5th  day of September, 2017.

WRIGHT, FINLAY & ZAK, LLP           THE WRIGHT LAW GROUP, P.C.

/s/ Patrick J. Davis, Esq.             /s/ Steven B. Scow, Esq.
Edgar C. Smith, Esq.                  Steven B. Scow, Esq.
Nevada Bar No. 5506                  Nevada Bar No. 9906
Patrick J. Davis, Esq.                   1500 S. Eastern Ave., Ste. 210
Nevada Bar No. 13330                Las Vegas, NV 89052
7785 W. Sahara Ave., Suite 200        sscow@kochscow.com
Las Vegas, NV 89117                 *Attorney for Red Rock Financial Services,*
(702) 475-7964; Fax: (702) 946-1345    *LLC*
pdavis@wrightlegal.net
*Attorneys for Defendant, HSBC Bank USA N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust Series 2006-HE2, Asset Backed Pass Through Certificates*

                                 **ORDER**

                        **IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated:   September 6, 2017.