# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HOLLYVALE RENTAL HOLDINGS, LLC, | Case No. 2:17-cv-01833-RFB-NJK |
| Plaintiff, | ORDER |
| v. | (Docket No. 53) |
| RUBY F. PINEDA, et al., | |
| Defendants. | |

Before the Court is the parties' interim status report. Docket No. 53. The parties submit that they have reached an informal settlement and are finalizing documents in preparation for a stipulation of dismissal. *Id.* at 3. The Court **ORDERS** the parties to file either a stipulation of dismissal or an interim status report no later than February 7, 2018.

IT IS SO ORDERED.

DATED: January 8, 2018

_____
Nancy J. Koppe
United States Magistrate Judge