# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOLLYVALE RENTAL HOLDINGS, LLC, | Case No. 2:17-cv-01833-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 56) |
| RUBY F. PINEDA, et al., | |
| Defendant(s). | |

Before the Court is a notice from the Clerk's Office that mail sent to Defendant Ruby Pineda has been returned as undeliverable. Docket No. 56. Local Rule IA 3-1 requires that a *pro se* party "must immediately file with the court written notification of any change of mailing address...." Defendant Pineda is hereby **ORDERED** to file a written notice of change of address by January 29, 2018.

IT IS SO ORDERED.

DATED: January 19, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge