| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Edgar C. Smith, Esq.<br>Nevada Bar No. 5506 |
| 3 | 7785 W. Sahara Avenue, Suite 200 |
| 4 | Las Vegas, NV 89117<br>(702) 475-7967; Fax: (702) 946-1345 |
| 5 | esmith@wrightlegal.net |

*Attorneys for Defendant/Counterclaimant, HSBC Bank USA N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust Series 2006-HE2, Asset Backed Pass Through Certificates*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOLLYVALE RENTAL HOLDINGS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RUBY F. PINEDA; an individual; LILIBETH F. LACUESTA, an individual; HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST SERIES 2006-HE2, ASSET BACKED PASS THROUGH CERTIFICATES; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE Corporations I through V,<br><br>Defendants. | Case No.: 2:17-cv-01833-RFB-NJK<br><br>**MOTION TO WITHDRAW PATRICK J. DAVIS, ESQ. AS ATTORNEY OF RECORD** |

Page 1 of 3

| | |
|---|---|
| HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST SERIES 2006-HE2, ASSET BACKED PASS THROUGH CERTIFICATES, <br><br> Counterclaimant, <br><br> vs. <br><br> HOLLYVALE RENTAL HOLDINGS, LLC, a foreign limited liability company; CHAMPERY RENTAL REO, LLC, a foreign limited liability company; TIERRA LINDA LANDSCAPE MAINTENANCE ASSOCIATION, INC., a Nevada corporation; RED ROCK FINANCIAL SERVICES, LLC; a Nevada limited liability company <br><br> Counter-Defendants. | |

## MOTION TO WITHDRAW PATRICK J. DAVIS, ESQ. AS ATTORNEY OF RECORD

EDGAR C. SMITH, ESQ. of the law firm WRIGHT, FINLAY & ZAK, LLP, hereby requests that Patrick J. Davis, Esq. be withdrawn as counsel of record in the above-referenced matter. Patrick J. Davis, Esq. is no longer employed at WRIGHT, FINLAY & ZAK LLP as of February 16, 2018, and no longer represents Defendant/Counterclaimant, HSBC Bank USA N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust Series 2006-HE2, Asset Backed Pass Through Certificates.

The law firm of WRIGHT, FINLAY & ZAK, LLP, 7785 W. Sahara Ave., Suite 200, Las Vegas, Nevada 89117, will remain as counsel of record for Defendant/Counterclaimant, HSBC Bank USA N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for

the Registered Holders of ACE Securities Corp. Home Equity Loan Trust Series 2006-HE2, Asset Backed Pass Through Certificates. For the reason that Mr. Davis is no longer associated with the law firm of WRIGHT, FINLAY & ZAK, LLP, counsel asks that this motion be granted and that Patrick J. Davis, Esq. be withdrawn as counsel of record and removed from the service list.

DATED this ____ day of February, 2018.

                              WRIGHT, FINLAY & ZAK, LLP

                              _/s/Edgar C. Smith, Esq._
                              Edgar C. Smith, Esq.
                              Nevada Bar No. 5506
                              7785 W. Sahara Ave., Suite 200
                              Las Vegas, NV 89117
                              (702) 475-7964; Fax: (702) 946-1345
                              esmith@wrightlegal.net
                              *Attorney for Defendant/Counterclaimant, HSBC Bank USA N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust Series 2006-HE2, Asset Backed Pass Through Certificates*

**ORDER**

IT IS HEREBY ORDERED that the Motion to Withdraw Patrick J. Davis, Esq. as Attorney of Record is hereby granted.

IT IS SO ORDERED. February 21 _____, 2018.

                              _____
                              UNITED STATES MAGISTRATE JUDGE