John T. Steffen (4390)
Matthew K. Schriever (10745)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
mschriever@hutchlegal.com

*Attorney for Plaintiff*
*Champery Rental REO, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHAMPERY RENTAL REO, LLC, a limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> RUBY F. PINEDA; an individual; LILIBETH F. LACUESTA, an individual; HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST SERIES 2006-HE2, ASSET BACKED PASS THROUGH CERTIFICATES; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE Corporations I through V, <br><br> Defendants. | Case No.: 2:17-cv-01833-RFB-NJK <br><br> **STIPULATED JUDGMENT QUIETING TITLE IN FAVOR OF CHAMPERY RENTAL REO, LLC, AS SUCCESSOR-IN-INTEREST TO HOLLYVALE RENTAL HOLDINGS, LLC, AND DISMISSING ACTION** |

Plaintiff Champery Rental REO, LLC ("Champery") by and through its counsel of record, Hutchison & Steffen; and HSBC Bank USA, National Association, as Trustee for Ace Securities Corp. Home Equity Loan Trust and the Registered Holders of Ace Securities Corp. Home Equity Loan Trust Series 2006-HE2, Asset Backed Pass Through Certificates ("HSBC"), by and through its counsel of record, Wright, Finlay & Zak, LLP hereby stipulate and agree as follows:

1. On November 29, 2004 Ruby F. Pineda and Lilibeth F. Lacuesta ("Pineda and Lacuesta") caused to be recorded with the Clark County Recorder a Grant, Bargain and Sale Deed to document a purchase of real property commonly known as 11596 Stivali Street, Las Vegas, Nevada 89189 (APN: 191-04-211-063) and more particularly described as:

> LOT FOUR HUNDRED FIFTY-ONE (451) TERRACINA PHASE 5 AS SHOWN BY MAP THEREOF ON FILE II BOOK 108, OF PLATS, PAGE 89, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNY, NEVADA

2. The Property was purchased by Pineda and Lacuesta and financed with a note secured by a Deed of Trust. The lender under the Deed of Trust was Argent Mortgage Company, LLC ("AMC") which was the designated beneficiary under the Deed of Trust as nominee for the lender and its successors and assigns. The Deed of Trust was recorded on December 20, 2005 in the Office of the Clark County Recorder as Instrument No. 20051220-0004287.

3. On October 20, 2014, AMC assigned its beneficial interest in the Deed of Trust to HSBC Bank USA, National Association, as Trustee for Ace Securities Corp. Home Equity Loan Trust and the Registered Holders of Ace Securities Corp. Home Equity Loan Trust Series 2006-HE2, Asset Backed Pass Through Certificates. A Corporation Assignment of Deed of Trust Nevada reflecting this assignment was recorded on November 3, 2014 in the Office of the Clark County Recorder as Instrument No. 20141103-0000247.

4. The Property is part of the Tierra Linda Landscape Maintenance Association, Inc. ("Tierra Linda") and subject to a monthly homeowners' association assessment.

5. On November 24, 2009, Tierra Linda, through its agent Red Rock Financial Services, a division of RMI Management, LLC, "RRFS") recorded a notice of delinquent

assessment lien ("the Lien") in the Office of the Clark County Recorder as Instrument No. 200911240001869.

6. On January 21, 2010, Tierra Linda, through its agent RRFS, recorded a Notice of Default and Election to Sell Under Homeowners Association Lien in the Office of the Clark County Recorder as Instrument No. 201001210001945.

8. On May 28, 2015, Tierra Linda, through its agent RRFS, recorded a notice of foreclosure sale in the Office of the Clark County Recorder as Instrument No. 20150528-0003035.

9. On April 27, 2016, Tierra Linda, through its agent RRFS, sold the Property at a foreclosure sale under NRS Chapter 116, at which Hollyvale Rental Holdings, LLC ("Hollyvale") paid $143,000 as the winning bidder.

10. On July 1, 2016, a Foreclosure Deed was recorded in the Office of the Clark County Recorder as Instrument No. 20160701-0000740, conveying title to Hollyvale.

11. On January 30, 2017, Hollyvale transferred any and all of its interest in the Property to its successor-in-interest, Champery by way of a quitclaim deed recorded in the Office of the Clark County Recorder on February 27, 2017, Instrument No. 20170227-0000734.

12. Defaults and default judgments against Pineda and Lacuesta, quieting title in favor of Champery are pending with the Court.

13. The parties have now settled this matter and hereby stipulate that title to the Property is hereby fully quieted in favor of Champery Rental REO, LLC, as successor-in-interest to Hollyvale Rental Holdings, LLC, and that HSBC and Tierra Linda have no right, title or interest in the Property.

14. The parties further agree that each party shall be responsible for its own respective attorneys' fees and costs.

15. As title is hereby fully quieted in favor of Champery all remaining claims, counterclaims, and cross-claims against the respective parties are hereby dismissed with prejudice.

16. The Notice of Lis Pendens filed and recorded in this matter is hereby expunged and otherwise removed from title to the Property.

| | |
|---|---|
| Dated this 6th day of November, 2018. | Dated this 6th day of November, 2018. |
| HUTCHISON & STEFFEN, PLLC | WRIGHT FINLAY & ZAK |
| /s/ Matthew K. Schriever | /s/ Edgar C. Smith |
| _____ | _____ |
| John T. Steffen, Esq.<br>Matthew K. Schriever, Esq.<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145 | Edgar C. Smith, Esq.<br>7785 W. Sahara Ave., Ste. 200<br>Las Vegas, NV 89117 |
| *Attorneys for Champery Rental REO, LLC* | *Attorneys for HSBC Bank USA* |

IT IS SO ORDERED.

DATED this __9th__ day of __November,__ 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

/s/ Matthew K. Schriever
_____
John T. Steffen (4390)
Matthew K. Schriever (10745)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Champery Rental REO, LLC*